UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                  :

1099SEIU UNITED HEALTHCARE WORKERS EAST,  :
                                                  :

                     Petitioner,              :

                                                  :                22-cv-531 (LJL)

      -v-                                  :

                                                  :                  ORDER

ALARIS HEALTH AT HAMILTON PARK,           :
CONFIDENCE MANAGEMENT SYSTEMS,          :

                                        :

                    Respondents.          :

                                        :

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/24/2022__

LEWIS J. LIMAN, United States District Judge:

        Petitioner has filed a motion to confirm an arbitration award.  Dkt. No. 9.  Respondents are directed to respond to the motion to confirm on before March 25, 2022.

        Petitioner is ORDERED to serve a copy of this Order on respondents by Tuesday, March 1, 2022, and to file a proof of service on the docket.

        SO ORDERED.

Dated: February 24, 2022
       New York, New York                              LEWIS J. LIMAN
                                             United States District Judge