UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
1199SEIU UNITED HEALTHCARE
WORKERS EAST,

                Petitioner,                        ECF CASE

       -versus-                                      No. 22-civ-531 (LJL)

ALARIS HEALTH AT HAMILTON PARK
and CONFIDENCE MANAGEMENT
SYSTEMS,
                                                      JUDGMENT
                Respondents.
-----------------------------------------------------------X

      **THIS MATTER** having come before the Court by Gladstein, Reif, & Meginniss, LLP, attorneys for Petitioner 1199SEIU United Healthcare Workers East ("Petitioner"), pursuant to a Petition to Confirm an Arbitration Award; the Court having fully and thoroughly reviewed the papers with regard to this matter, along with the argument of counsel, if any; and the Court having issued a decision confirming the Award, along with pre- and post-judgment interest, and awarding Petitioner attorneys' fees and costs;

      IT IS on this  11  day of    May   , 2022,

      **ORDERED** that judgment is hereby entered against Respondent Alaris Health at Hamilton Park in the amount of $668,699.71 through May 10, 2022, plus interest in the amount of $164.88 for each day thereafter; and it is further

      **ORDERED** that judgment is hereby entered against Respondent Confidence Management Systems in the amount of $175,957.33 through May 10, 2022, plus interest in the amount of $43.39 for each day thereafter; and it is further

      **ORDERED** that judgment is hereby entered against Respondents Alaris Health at Hamilton Park and Confidence Management Systems jointly and severally in the amount of $21,146.59 for attorneys' fees and costs; and it is further

**ORDERED** that judgment is hereby entered against Respondents Alaris Health at Hamilton Park and Confidence Management Systems for post-judgment interest on the amounts owed at the rate of  2.06  percent.

Dated:  11  day of   May   , 2022,

_____
LEWIS J. LIMAN
United States District Judge